UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
      v.                           )    Cause No.    1:12-cr-00003-SEB-TAB
                                   )
DENNIS ENGLISH,                    )                    - 01
                                   )
            Defendant.             )

**REPORT AND RECOMMENDATION**

On March 26, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on January 8, 2026.  Defendant English appeared in person with his appointed FCD counsel William Dazey, Jr.  The government appeared by Barry Glickman, Assistant United States Attorney.  U.S. Parole and Probation appeared by Officer Ariene Boren.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant English of his rights and ensured he had a copy of the Petition.  Defendant English orally waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant English admitted Violation No. 1 as set forth in the Petition. [Dkt. 483.]   Government orally moved to dismiss the remaining Violation Nos. 2 and 3, which motion was granted by the Court.  Violation Nos. 2 and 3 were dismissed.

3.      The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state, or local crime."** |

As previously reported to the Court, on March 8, 2025, Dennis English was arrested and charged in Monroe County, Indiana, for Operating While Intoxicated, misdemeanor, under cause number 53C03-2503-CM-000295. He was convicted of this offense on June 26, 2025, and sentenced to 361 days suspended to probation. A petition to revoke his probation was filed on January 5, 2026, and is pending. A hearing is set for January 12, 2026.

4.    The Court finds that:

(a)    The highest grade of violation is a Grade C Violation.

(b)    Defendant's criminal history category is V.

(c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 7 to 13 months' imprisonment.

5.    The parties jointly recommended a sentence of 12 months incarceration with no supervised release to follow.  Defendant requested placement at the nearest appropriate facility to Bloomington, Indiana.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in Violation No. 1 of the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of **12 months with no supervised release to follow**.  The Magistrate Judge further recommends Defendant's placement at the nearest appropriate facility to Bloomington, Indiana. The Defendant was taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated:  26 MAR 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system